**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| In Re: | Case No. 2:26-cv-00220-JAD-BNW |
| Harold E. Montague | **ORDER** |

On January 30, 2026, pro se Plaintiff Harold E. Montague file an application to proceed in forma pauperis ("IFP"). (ECF Nos. 1, 4.) Plaintiff checked a box on the IFP application reflecting that he is filing this case under 42 U.S.C. § 1983, but he did not submit a complaint. The Court will grant Plaintiff until **March 5, 2026**, to cure this deficiency.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Local Rule LSR 2-1. Because he is representing himself, Plaintiff must personally sign every filing he submits to the Court. *See* Fed. R. Civ. P. 11(a).

IT IS THEREFORE ORDERED that Plaintiff has until **March 5, 2026**, to submit a signed complaint in this case.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a <u>new</u> case number, when he can submit a complaint.

IT IS FURTHER ORDERED that the Clerk of Court send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED: February 3, 2026.

_____
Brenda Weksler
United States Magistrate Judge